IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff
vs
JUAN ANTONIO JOHNSON-ALBERTO
Defendant

CRIMINAL 12-0163CCC

## ORDER

Having considered the Report and Recommendation filed on March 14, 2012 (**docket entry 22**) on a Rule 11 proceeding of defendant Juan Antonio Johnson-Alberto held before U.S. Magistrate Judge Marcos E. López on March 8, 2012, to which no opposition has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant Johnson-Alberto is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since March 8, 2012.  The **sentencing hearing is set for June 6, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on March 30, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge